**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIDGET JOHNSON, | ) | |
| | ) | CASE NO. 1:08-CV-634 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

     Consistent with a Memorandum Opinion and Order of this Court also filed this date, the

Commissioner's final decision is AFFIRMED and judgment entered in favor of the defendant.

     IT IS SO ORDERED.

s/ Greg White_____
U.S. Magistrate Judge

Date: November 19, 2008